UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEJA BARBOUR, SHINNEL GONZALEZ, and        07 Civ. 3014 (RPP)
RAKAYYAH MASSEY,

                         Plaintiffs,

                                                                **RULE 68 OFFER**
                                                                 **OF JUDGMENT**
   -against-

THE CITY OF WHITE PLAINS, MARK
BURNETT, ANTHONY CARRA, KEVIN
CHRISTOPHER, ANTHONY FARRELLY, JOHN
HEFFNER, LAVALLE LARRIER, GILBERT
LOPEZ, ANTONIO NOLLETTI, and JOHN
and JANE DOES,

                         Defendants.
------------------------------------------------------------------X

      The Defendants, THE CITY OF WHITE PLAINS, MARK BURNETT, ANTHONY CARRA, KEVIKN CHRISTOPER, ANTHONY FARRELLY, JOHN HEFFNER, LAVALLE LARRIER, GILBERT LOPEZ, and ANTONIO NOLLETTI, by their attorneys, JOSEPH A. MARIA, P.C., hereby offer, specifically, to the plaintiff **DEJA BARBOUR** the total sum of TEN THOUSAND DOLLARS AND 00/100 ($10,000.00) for the settlement of all claims pending against the defendants in this action.

      This offer is being made at least eleven (11) days before the beginning of the Trial.

      The consequences of non acceptance of this offer are clearly set forth in Federal Rules of Civil Procedure 68.

      The consequences of non acceptance of the offer under Rule 68 depend upon the outcome of the litigation. Once final Judgment is entered, if the party that did not accept the offer has won a Judgment greater than the amount in the Offer of Judgment, the refusal of the offer has no

consequences whatsoever.

If, however, the non accepting party receives a favorable final Judgment, but for less than the amount of the Offer of the Judgment - Rule 68 requires the non accepting party to pay the offering parties costs incurred after the offer was made.

It is specifically stated at this time that the defendants intend to make a request of the Court, if the defendants are successful upon the Trial of this case for all costs incurred, both actual and legal costs in this matter.

The Offer of Judgment is in the total sum of TEN THOUSAND DOLLARS AND 00/100 ($10,000.00) and must be responded to in accordance with Rule 68 of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
       March 1, 2011

Yours, etc.

JOSEPH A. MARIA, P.C.

By: _____
Joseph A. Maria (0209)
Attorneys for Defendants
301 Old Tarrytown Road
White Plains, New York 10603
(914) 684-0333
File No. 33-0725(dj)

TO:

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, New York 10006
(o) (212) 587-8558
(f) (212) 571-7767
(e) mikespieg@aol.com

Scott A. Korenbaum, Esq.
111 Broadway, Suite 1305
New York, New York 10006
(o) (212) 587-0018
(f) (212) 346-4665
(e) s.korenbaum@comcast.net