UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEJA BARBOUR, *et al.*,

                    Plaintiffs,

    - against -

CITY OF WHITE PLAINS,

                    Defendants.
------------------------------------------------------------X

07 Civ. 3014 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    In view of the Rule 68 Offers of Settlement and Acceptances filed with the Court on March 3 and 4, 2011, this Court understands that the parties of reached a settlement agreement, and that Plaintiffs' counsel intends to move for attorney's fees. Plaintiffs' counsel's fee application shall be submitted to the court by April 1, 2011.

    IT IS SO ORDERED.

Dated: New York, New York
        March 4, 2011

                                      Robert P. Patterson, Jr.
                                      U.S.D.J.

Copies of this Order faxed to:

*Counsel for Plaintiffs:*

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, NY 10006
Tel: 212-587-8558
Fax: 212-571-7767
Email: mikespieg@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/11

Scott A. Korenbaum, Esq.
111 Broadway, Suite 1305
New York, NY  10006
Tel:  212-587-8558
Fax: 212-346-4665
Email:  s.sorenbaum@comcast.net
*Counsel for Defendants:*

Joseph A. Maria, P.C.
301 Old Tarrytown Road
White Plains, NY  10603
Tel:  914-684-0333
Fax:  914-684-9772
Email:  jmariapc@optonline.net