```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEJA BARBOUR, SHINNEL GONZALEZ,            )
and RAKAYYAH MASSEY,                       )        JUDGMENT PURSUANT TO
                                           )        RULE 68
                    Plaintiffs,            )
                                           )
         -against-                         )
                                           )        07 Civ. 3014 (RPP)
                                           )
THE CITY OF WHITE PLAINS, et al.,          )
                                           )
                    Defendants.            )
------------------------------------------------------------X
```

**WHEREAS**, plaintiffs commenced this action by filing a complaint on or about April 16, 2007, alleging that defendants violated their civil rights; and

**WHEREAS**, on March 2, 2011, defendants The City of White Plains, Mark Burnett, Anthony Carra, Kevin Christopher, Anthony Farrelly, John Heffner, Lavalle Larrier, Gilbert Lopez, and Antonio Nolletti made plaintiffs Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey Rule 68 Offers of Judgment pursuant to the Federal Rules of Civil Procedure; and

**WHEREAS**, on March 3, 2011, plaintiffs Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey accepted defendants' Rule 68 Offers of Judgment; therefore

**IT IS HEREBY ORDERED THAT**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff Deja Barbour takes judgment against defendants in this action for the sum of Ten Thousand Dollars ($10,000.00), with the costs accrued, including reasonable attorneys' fees, in an amount to be determined by the Court; and

**IT IS FURTHER ORDERED THAT**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff Shinnel Gonzalez takes judgment against defendants in this action for the

sum of Ten Thousand Dollars ($10,000.00), with the costs accrued, including reasonable attorneys' fees, in an amount to be determined by the Court; and

**IT IS FURTHER ORDERED THAT**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, plaintiff Rakayyah Massey takes judgment against defendants in this action for the sum of Ten Thousand Dollars ($10,000.00), with the costs accrued, including reasonable attorneys' fees, in an amount to be determined by the Court.

Dated: New York, New York
March 7, 2011

_____
ROBERT P. PATTERSON, U.S.D.J.

2