# Exhibit G

| BILLING SURVEY

# A nationwide sampling of law firm billing rates

*The National Law Journal* asked the respondents to its 2010 survey of the nation's 250 largest law firms to provide a range of hourly billing rates. Firms that supplied the information are listed in alphabetical order. Non-NLJ 250 firms appear separately.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Adams and Reese | New Orleans | 265 | $265 | $270 | $550 | $250 | $344 | $340 | $290 | $195 | $229 | $235 |
| Alston & Bird | Atlanta | 786 | $515 | $505 | $865 | $450 | $627 | $615 | $590 | $270 | $405 | $405 |
| Archer & Greiner | Haddonfield, N.J. | 176 | | | $560 | $305 | | | $340 | $175 | | |
| Arent Fox | Washington | 329 | | | $765 | $400 | | | $475 | $240 | | |
| Armstrong Teasdale | St. Louis | 233 | | | $475 | $300 | | | $325 | $200 | | |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 552 | $312 | $305 | $595 | $255 | $357 | $348 | $320 | $165 | $231 | $230 |
| Barnes & Thornburg | Indianapolis | 494 | $367 | $375 | $613 | $298 | $416 | $415 | $355 | $225 | $281 | $250 |
| Benesch, Friedlander, Coplan & Aronoff | Cleveland | 161 | $315 | | $575 | $350 | $335 | | $360 | $195 | $245 | |
| Best Best & Krieger | Riverside, Calif. | 183 | | | $550 | $310 | | | $395 | $225 | | |
| Blank Rome | Philadelphia | 472 | $510 | $495 | $855 | $440 | $615 | $625 | $550 | $250 | $361 | $353 |
| Bond, Schoeneck & King | Syracuse, N.Y. | 199 | $260 | $255 | $475 | $220 | $309 | $330 | $280 | $150 | $208 | $210 |
| Briggs and Morgan | Minneapolis | 190 | $373 | $390 | $600 | $290 | $437 | $440 | $315 | $210 | $240 | $235 |
| Broad and Cassel | Orlando, Fla. | 160 | $307 | $295 | $475 | $260 | $372 | $375 | $350 | $175 | $242 | $240 |
| Brownstein Hyatt Farber Schreck | Denver | 248 | $391 | $380 | $810 | $295 | $463 | $448 | $360 | $200 | $256 | $255 |
| Bryan Cave | St. Louis | 928 | $464 | $450 | $790 | $370 | $553 | $540 | $550 | $185 | $344 | $345 |
| Buchalter Nemer | Los Angeles | 164 | $415 | $415 | $625 | $270 | $490 | $495 | $450 | $195 | $328 | $310 |
| Buchanan Ingersoll & Rooney | Pittsburgh | 423 | | | $900 | $310 | | | $465 | $210 | | |
| Burr & Forman | Birmingham, Ala. | 256 | $328 | $330 | $500 | $210 | $361 | $365 | $335 | $200 | $250 | $250 |
| Butzel Long | Detroit | 181 | | | $750 | $300 | | | $375 | $200 | | |
| Carlton Fields | Tampa, Fla. | 275 | $388 | $390 | $775 | $325 | $455 | $455 | $375 | $195 | $268 | $270 |
| Chadbourne & Parke | New York | 444 | $456 | $450 | $995 | $390 | $769 | $785 | $625 | $110 | $442 | $455 |
| Cozen O'Connor | Philadelphia | 521 | $422 | $390 | $880 | $310 | $497 | $475 | $585 | $225 | $326 | $320 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 262 | $489 | $480 | $785 | $675 | $569 | $675 | $575 | $290 | $355 | $350 |
| Davis Wright Tremaine | Seattle | 491 | $355 | $365 | $795 | $320 | $486 | $480 | $435 | $210 | $304 | $305 |
| Dickinson Wright | Detroit | 230 | | | $575 | $355 | | | $275 | $195 | | |
| Dickstein Shapiro | Washington | 336 | $546 | $530 | $950 | $525 | $656 | $650 | $530 | $265 | $426 | $450 |
| Dinsmore & Shohl | Cincinnati | 402 | $302 | $290 | $590 | $220 | $360 | $355 | $300 | $175 | $222 | $218 |
| Dorsey & Whitney | Minneapolis | 578 | $410 | $395 | $795 | $440 | $515 | $515 | $290 | $180 | $285 | $270 |
| Duane Morris | Philadelphia | 629 | $483 | $483 | $850 | $240 | $550 | $545 | $480 | $135 | $349 | $350 |
| Dykema Gossett | Detroit | 333 | $445 | $450 | $635 | $360 | $495 | $515 | $450 | $225 | $325 | $320 |
| Eckert Seamans Cherin & Mellott | Pittsburgh | 329 | | | $625 | $250 | | | $320 | $150 | | |
| Edwards Angell Palmer & Dodge | Boston | 505 | $451 | $450 | $780 | $345 | $571 | $575 | $610 | $200 | $323 | $303 |
| Epstein Becker & Green | New York | 302 | $429 | $425 | $850 | $350 | $520 | $500 | $450 | $180 | $325 | $320 |
| Fisher & Phillips | Atlanta | 238 | | | $505 | $340 | | | $360 | $220 | | |
| Fitzpatrick, Cella, Harper & Scinto | New York | 175 | | | $730 | $460 | | | $440 | $275 | | $325 |
| Foley & Lardner | Milwaukee | 895 | $554 | $570 | $1,035 | | $654 | $640 | | $255 | $426 | $410 |
| Ford & Harrison | Atlanta | 175 | | | $620 | $375 | | | $390 | $250 | | |
| Fox Rothschild | Philadelphia | 472 | $407 | $415 | $690 | $315 | $473 | $470 | $475 | $235 | $298 | $290 |
| Frost Brown Todd | Cincinnati | 404 | $279 | $280 | $515 | $200 | $326 | $325 | $250 | $150 | $189 | $190 |
| Gardere Wynne Sewell | Dallas | 270 | $445 | $450 | $815 | $380 | $531 | $525 | $445 | $195 | $311 | $310 |
| Gibbons | Newark, N.J. | 223 | $404 | $410 | $790 | $390 | $479 | $475 | $450 | $250 | $289 | $275 |
| Godfrey & Kahn | Milwaukee | 172 | | | $495 | $325 | | | $340 | $180 | | |
| GrayRobinson | Orlando, Fla. | 250 | | | $750 | $225 | | | $315 | $150 | | |
| Greenberg Traurig | New York | 1,763 | $453 | $480 | $875 | $355 | $550 | $580 | $610 | $200 | $332 | $350 |
| Harris Beach | Rochester, N.Y. | 176 | | | $500 | $275 | | | $250 | $140 | | |
| Hiscock & Barclay | Syracuse, N.Y. | 175 | $311 | $275 | $650 | $195 | $348 | $305 | $440 | $150 | $234 | $195 |

SEE SAMPLING, PAGE 13

SAMPLING, FROM PAGE 12

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Hodgson Russ | Buffalo, N.Y. | 197 | $328 | $320 | $665 | $230 | $374 | $370 | $410 | $175 | $238 | $230 |
| Holland & Knight | Washington | 942 | $418 | $425 | $850 | $300 | $499 | $495 | $480 | $185 | $288 | $280 |
| Holme Roberts & Owen | Denver | 192 | $355 | $345 | $535 | $285 | $415 | $410 | $530 | $170 | $295 | $285 |
| Husch Blackwell | St. Louis | 554 | $329 | $331 | $804 | $230 | $357 | $375 | $415 | $171 | $220 | $205 |
| Jackson Kelly | Charleston, W.Va. | 161 | | | $495 | $245 | | | $275 | $155 | | |
| Jackson Lewis | White Plains, N.Y. | 661 | $364 | $300 | $715 | $260 | $428 | $430 | $440 | $150 | $282 | $275 |
| Jones, Walker, Waechter, Poitevent, Carrère & Denègre | New Orleans | 302 | | | $620 | $195 | | | $275 | $140 | | |
| Kelley Drye & Warren | New York | 325 | | | $900 | $465 | | | $565 | $275 | | |
| Kilpatrick Stockton | Atlanta | 423 | $425 | $425 | $730 | $375 | $527 | $520 | $465 | $225 | $320 | $320 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 266 | $432 | $415 | $710 | $395 | $511 | $485 | $450 | $285 | $332 | $335 |
| Lane Powell | Seattle | 175 | $349 | $380 | $600 | $310 | $431 | $430 | $350 | $230 | $278 | $275 |
| Lathrop & Gage | Kansas City, Mo. | 286 | | | $490 | $255 | | | $265 | $180 | | |
| Lindquist & Vennum | Minneapolis | 184 | $330 | $350 | | | $415 | $410 | | | $235 | $230 |
| Littler Mendelson | San Francisco | 764 | $372 | $355 | $650 | $290 | $445 | $435 | $480 | $210 | $296 | $285 |
| Locke Lord Bissell & Liddell | Dallas | 642 | $486 | $515 | $1,120 | $400 | $599 | $600 | $525 | $215 | $320 | $300 |
| Loeb & Loeb | New York | 300 | | | $975 | $475 | | | $575 | $275 | | |
| Lowenstein Sandler | Roseland, N.J. | 238 | | | $825 | $440 | | | $575 | $235 | | |
| Manatt, Phelps & Phillips | Los Angeles | 320 | $568 | $590 | $850 | $525 | $651 | $650 | $525 | $200 | $405 | $410 |
| Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | 412 | | | $410 | $145 | | | $320 | $130 | | |
| Maynard, Cooper & Gale | Birmingham, Ala. | 212 | | | $600 | $325 | | | $295 | $235 | | |
| McCarter & English | Newark, N.J. | 382 | $355 | $400 | $825 | $360 | $498 | $485 | $405 | $215 | $313 | $315 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 269 | $210 | $225 | $550 | $295 | $280 | $260 | $275 | $150 | $190 | $185 |
| McGuireWoods | Richmond, Va. | 872 | $455 | $450 | $830 | $325 | $543 | $535 | $600 | $220 | $355 | $350 |
| McKenna Long & Aldridge | Atlanta | 429 | $455 | $410 | $775 | $375 | $540 | $525 | $490 | $220 | $366 | $355 |
| Michael Best & Friedrich | Milwaukee | 214 | $346 | $345 | $650 | $235 | $400 | $390 | $320 | $190 | $239 | $230 |
| Miles & Stockbridge | Baltimore | 223 | | | $695 | $325 | | | $370 | $220 | | |
| Miller & Martin | Chattanooga, Tenn. | 192 | $328 | $335 | $610 | $235 | $361 | $365 | $275 | $180 | $218 | $210 |
| Moore & Van Allen | Charlotte N.C. | 282 | $364 | $350 | $785 | $265 | $441 | $425 | $350 | $180 | $257 | $250 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 400 | $347 | $340 | $850 | $245 | $399 | $385 | $335 | $185 | $248 | $240 |
| Nexsen Pruet | Columbia, S.C. | 178 | | | $525 | $230 | | | $250 | $160 | | |
| Nixon Peabody | New York | 582 | $429 | $430 | $905 | $375 | $613 | $625 | $580 | $195 | $380 | $395 |
| Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | 485 | $351 | | $575 | $300 | $389 | | $390 | $195 | $285 | |
| Patton Boggs | Washington | 525 | $482 | $485 | $990 | $355 | $645 | $625 | $550 | $215 | $399 | $400 |
| Pepper Hamilton | Philadelphia | 458 | $326 | | $825 | $420 | $547 | | $465 | $230 | $329 | |
| Perkins Coie | Seattle | 683 | $447 | | $825 | $275 | $534 | $530 | $570 | $200 | $354 | |
| Phelps Dunbar | New Orleans | 281 | $226 | $215 | $385 | $180 | $272 | $265 | $240 | $145 | $183 | $180 |
| Phillips Lytle | Buffalo, N.Y. | 177 | $255 | $260 | $535 | $260 | $352 | $350 | $450 | $150 | $283 | $230 |
| Polsinelli Shughart | Kansas City, Mo. | 500 | | | $600 | $250 | | | $325 | $185 | | |
| Quarles & Brady | Milwaukee | 419 | $364 | $360 | $660 | $290 | $438 | $435 | $400 | $210 | $260 | $245 |
| Roetzel & Andress | Akron, Ohio | 215 | $317 | $325 | $525 | $225 | $357 | $350 | $325 | $165 | $243 | $245 |
| Rutan & Tucker | Costa Mesa, Calif. | 133 | | | $650 | $355 | | | $450 | $225 | | |
| Saul Ewing | Philadelphia | 219 | $412 | $425 | $800 | $320 | $491 | $478 | $475 | $225 | $310 | $285 |
| Schulte Roth & Zabel | New York | 433 | | | $895 | $735 | | | $690 | $275 | | |
| Seyfarth Shaw | Chicago | 704 | $377 | $375 | $770 | $335 | $505 | $503 | $535 | $185 | $325 | $320 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 464 | | | $820 | $495 | | | $620 | $270 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 210 | $331 | $350 | $540 | $250 | $366 | $365 | $315 | $185 | $246 | $235 |
| Smith, Gambrell & Russell | Atlanta | 175 | | | $740 | $325 | | | $440 | $195 | | |
| Snell & Wilmer | Phoenix | 396 | $338 | $325 | $795 | $315 | $486 | $475 | $550 | $175 | $282 | $265 |
| Stoel Rives | Portland, Ore. | 368 | $381 | $395 | $600 | $315 | $441 | $443 | $390 | $190 | $270 | $265 |
| Strasburger & Price | Dallas | 181 | $336 | $351 | $617 | $250 | $372 | $393 | $306 | $194 | $243 | $245 |
| Taft, Stettinius & Hollister | Cincinnati | 286 | $315 | $315 | $500 | $220 | $358 | $350 | $365 | $165 | $227 | $225 |

SEE SAMPLING, PAGE 14

## BILLING SURVEY

SAMPLING, FROM PAGE 13

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | NUMBER OF ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Thompson Coburn | St. Louis | 326 | | | $610 | $300 | | | $395 | $190 | | |
| Thompson & Knight | Dallas | 328 | | | $825 | $410 | | | $440 | $265 | | |
| Townsend and Townsend and Crew | San Francisco | 177 | $320 | $290 | $750 | $470 | $563 | $550 | $460 | $260 | $345 | $325 |
| Ulmer & Berne | Cleveland | 177 | | | $565 | $260 | | | $375 | $185 | | |
| Vedder Price | Chicago | 255 | $425 | $425 | $720 | $370 | $483 | $470 | $365 | $255 | $326 | $325 |
| Venable | Washington | 494 | $484 | $495 | $950 | $445 | $590 | $585 | $500 | $280 | $353 | $330 |
| Williams Mullen | Richmond, Va. | 300 | $368 | $340 | $645 | $315 | $428 | $395 | $370 | $230 | $279 | $280 |
| Winstead | Dallas | 264 | $395 | | $655 | $340 | $462 | | $390 | $215 | $291 | |
| Winston & Strawn | Chicago | 899 | $486 | $490 | $1,075 | $475 | $670 | $660 | $610 | $250 | $393 | $375 |
| Womble Carlyle Sandridge & Rice | Winston Salem, N.C. | 503 | $372 | $375 | $625 | $300 | $461 | $465 | $445 | $210 | $291 | $285 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 186 | | | $500 | $245 | | | $285 | $180 | | |
| **NON-NLJ 250 FIRMS** | | | | | | | | | | | | |
| Brinks Hofer Gilson & Lione | Chicago | 149 | $435 | $435 | $725 | $345 | $541 | $560 | $420 | $195 | $308 | $285 |
| Fowler White Boggs | Tampa, Fla. | 127 | $350 | $370 | $575 | $325 | $400 | $388 | $315 | $205 | $250 | $255 |
| Lewis, Rice & Fingersh | St. Louis | 157 | | | $450 | $260 | | | $315 | $150 | | |
| Luce, Forward, Hamilton & Scripps | San Diego | 143 | | | $670 | $350 | | | $445 | $245 | | |
| McAndrews, Held & Malloy | Chicago | 102 | | | $675 | $260 | | | $350 | $225 | | |
| Montgomery, McCracken, Walker & Rhoads | Philadelphia | 117 | | | $625 | $380 | $461 | | $395 | $205 | $284 | |
| Morris, Manning & Martin | Atlanta | 135 | $424 | $415 | $760 | $425 | $492 | $490 | $545 | $225 | $353 | $360 |
| Schwabe, Williamson & Wyatt | Portland, Ore. | 158 | $350 | $340 | $540 | $310 | $415 | $410 | $450 | $200 | $260 | $250 |
| Sullivan & Worcester | Boston | 156 | $537 | $543 | $830 | $475 | $647 | $623 | $535 | $290 | $383 | $370 |



**TESTIFYING IN COURT IS NOT AN OPTION FOR ANIMALS**

**Together we must come to their defense.**

Cruelty does not end when you die, so make sure your support of the ASPCA® doesn't either. Your gift of stocks, life insurance or other bequests helps us keep animals safe from harm while it helps ease the tax burden on your estate. Since 1866, the ASPCA has always been there to ensure the health and safety of America's animals. Make sure we stay that way.

Learn more by contacting Kim Bressant-Kibwe, Esq. at 646-291-4554, or kimb@aspca.org

ASPCA.ORG
WE ARE THEIR VOICE®



CORPORATE COUNSEL PRESENTS: **BEGINS WEDNESDAY!**

**CONTROLLING LEGAL COSTS**

Valuing, Measuring and Enhancing the Delivery of Legal Services

December 8-9, 2010 • The Harvard Club • NY

CONFERENCE CHAIR

Corporate Counsel magazine's 2nd Annual Controlling Legal Costs is a must-attend event for any corporate counsel feeling pressure to reduce legal expenditures, both within the company and with outside firms and service providers. Attendees will hear from many of the top thought leaders on the topic and are guaranteed leave with enough practical ideas to cover the cost of attending many times over.

Amy Schulman
Senior Vice President & General Counsel
PFIZER INC.

Program themes will include:
• Assessment, Discipline and Strategy
• Metrics, Budgeting and Reporting
• Process Improvement and Resource Deployment
• Alternative Fee Arrangements
• Reducing Cost from Technology

EARN UP TO 11 CLE CREDITS!

Visit the website to view the complete agenda and faculty list!

**REGISTER TODAY!**
212.457.7905 • www.corpcounsel.com/gccost

An ALM Event

# Exhibit H

# LAFFEY MATRIX

|  |  |  | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been

approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

\* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

\*\* The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.

# Exhibit I

Case 1:07-cv-03014-RPP   Document 59-3   Filed 03/14/11   Page 8 of 17

# Invoice

Law Offices of Michael L. Spiegel
111 Broadway, 13th floor
New York, NY 10006

| DATE | INVOICE # |
|---|---|
| 3/8/2011 | 141 |

**BILL TO**
Barbour, Gonzalez & Massey

| DATE SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/30/2006 | Copying | 2.47 |
| 8/5/2006 | Copying | 3.24 |
| 8/7/2006 | Train fare to/from White Plains | 14.75 |
| 8/7/2006 | Copy criminal court files | 17.50 |
| 8/7/2006 | Gonzalez medical records from White Plains Hospital | 4.14 |
| 10/6/2006 | Copying | 13.78 |
| 1/12/2007 | Priority mail transcript to client | 4.70 |
| 4/10/2007 | Court filing fee | 350.00 |
| 5/1/2007 | Copying | 6.50 |
| 5/22/2007 | Service of Summons & Complaint on City of White Plains | 70.00 |
| 6/1/2007 | Copying | 2.73 |
| 6/5/2007 | Transcript of criminal trial | 2,000.00 |
| 6/22/2007 | Transcript of criminal trial | 1,500.00 |
| 6/22/2007 | Service of Summons & Complaint on individual police officers | 188.88 |
| 8/22/2007 | Copying | 4.81 |
| 10/10/2007 | MetroNorth fare to attend conference with Judge | 14.75 |
| 1/3/2008 | Copying | 8.45 |
| 2/1/2008 | Copying | 2.86 |
| 3/3/2008 | Copying | 2.34 |
| 3/9/2008 | NY Presbyterian Hosp-Payne Whitney-Westch medical records fee | 123.00 |
| 3/10/2008 | taxi fare to/from White Plains train station for plaintiff deposition | 12.00 |
| 3/12/2008 | taxi fare to/from White Plains train station for plaintiff deposition | 14.00 |
| 3/22/2008 | Copying fee for court files | 76.10 |
| 3/24/2008 | taxi to and from train (WP and Pleasantville) | 30.00 |
| 3/24/2008 | extra train fare to NYC from Pleasantville to WP | 2.25 |
| 3/24/2008 | Defendants' contribution to purchase of criminal trial transcript, copying, etc. | -1,850.00 |
| 4/1/2008 | Copying | 8.45 |
| 4/9/2008 | Copying fee for court files | 31.83 |
| 4/17/2008 | Train fare to and from depositions in White Plains | 45.75 |
| 4/24/2008 | Heffner court reporter fee for deposition transcript | 554.50 |
| 5/8/2008 | Copying | 7.93 |
| 5/8/2008 | Christopher & Farrelly court reporter fee for deposition transcripts | 624.00 |
| 5/8/2008 | Noletti, Burnett & Larrier court reporter fee for deposition transcripts | 560.80 |

**Total**

# Invoice

Law Offices of Michael L. Spiegel

111 Broadway, 13th floor
New York, NY 10006

| DATE | INVOICE # |
|---|---|
| 3/8/2011 | 141 |

| BILL TO |
|---|
| Barbour, Gonzalez & Massey |

| DATE SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/12/2008 | Copying | 52.09 |
| 6/3/2008 | Copying | 1.43 |
| 6/20/2008 | Train fare to/from court in White Plains | 13.00 |
| 7/24/2008 | Lexis-Nexis legal research | 28.56 |
| 2/9/2010 | Metro North fare to/from conference with Judge | 14.50 |
| 4/1/2010 | Copying | 12.48 |
| 4/30/2010 | Copying | 8.58 |
| 6/1/2010 | Copying | 0.52 |
| 6/22/2010 | Train fare to White Plains | 14.50 |
| 8/15/2010 | Metro North fare to court | 14.50 |
| 11/3/2010 | Copying | 1.43 |
| 11/30/2010 | Metro-North to/from White Plains for court appearance | 14.50 |
| 12/1/2010 | Copying | 17.29 |
| 1/7/2011 | Copying | 52.33 |
| 1/14/2011 | Index tabs for Judge's trial exhibits (Staples) | 21.75 |
| 2/3/2011 | Copying | 40.30 |
| 2/15/2011 | Copying | 12.35 |
| 2/21/2011 | Lexis-Nexis legal research | 124.04 |
| 3/4/2011 | FedEx transcripts to Rakayyah Massey | 23.15 |
| 3/4/2011 | Copying | 13.13 |
|  | Total Reimbursable Expenses | 4,932.94 |

| | Total | $4,932.94 |
|---|---|---|

THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558      FAX:(212)571-7767

June 5, 2007

Pamela Carollo
8 First Street
Harrison, NY 10528

    Re. Transcript
      *People v. Deja Barbour, Shinnel Gonzalez & Rakkayah Massey*
      White Plains City Court Dkt. Numbers 04-1420, 1421, 1422

Dear Ms. Carollo:

  As we discussed, enclosed is a check for $2,000 as a down payment on a transcript of the criminal trial in the above-referenced case, which took place in early April 2006.

                Very truly yours,

                Michael L. Spiegel

MLS:ms

THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558     FAX:(212)571-7767

June 22, 2007

Pamela Carollo
8 First Street
Harrison, NY 10528

      Re. Transcript
        *People v. Deja Barbour, Shinnel Gonzalez & Rakkayah Massey*
        White Plains City Court Dkt. Numbers 04-1420, 1421, 1422

Dear Ms. Carollo:

  As we discussed, enclosed is a check for $1,500 to complete payment in full for the transcript of the criminal trial in the above-referenced case.

                 Very truly yours,

                 Michael L. Spiegel

MLS:ms

# LUIS R. AYALA
158 CARTERET STREET, GLEN RIDGE, NJ 07028 ✲ 917-297-9021

June 21, 2007

TO:     Michael Spiegel, Esq.

FROM:   Luis R. Ayala

| Date | Description | Amount |
|---|---|---|
| 6/5/07 | Coney Island Hospital – 3 services (Chevallier) | $95 |
| 6/6/07 | Woodhull Medical Center – 3 services (Chevallier) | $95 |
|  | Six attempted services, Woodhull (Chevallier) | $30 |
| 6/6/07 | White Plains Police Dept. – 8 services (Barbour) | $180 |
| 6/12/07 | Manhattan (2 services) | $60 |
|  | Staten Island (2 services) | $115 |
|  | Brooklyn (1 service) (Hayes) | $55 |
| Mailing | 19 @ $1.11 | 21.09 |
|  | TOTAL | $651.09 |

ALL STAR REPORTERS, INC.
90 Floral Parkway
Floral Park, NY 11001
(800) 329-9222   Fax (516) 328-2247

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1011709 | 04/22/2008 | 01-58087 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/26/2008 | KOUMAL | |

| CASE CAPTION |
|---|
| BARBOUR VS CITY OF WHITE PLAINS |
| **TERMS** |
| Net 30 |

MICHAEL L. SPIEGEL, ESQ.
MICHAEL L. SPIEGEL, ESQ.
111 BROADWAY
SUITE 1305
NEW YORK, NY 10006

```
Original & two copies of the transcript of the ebt of :
    JOHN HEFFNER                      129 Pages              509.55
        REPORTER ATTENDANCE                                    30.00
        Shipping & Handling                                    14.95

                                TOTAL   DUE   >>>>            554.50
```

TAX ID NO.: 113383260                                   (212) 587-8558   Fax (212) 571-7767

*Please detach bottom portion and return with payment.*

MICHAEL L. SPIEGEL, ESQ.
MICHAEL L. SPIEGEL, ESQ.
111 BROADWAY
SUITE 1305
NEW YORK, NY 10006

Job No.    : 01-58087
Case No.   :
BARBOUR VS CITY OF WHITE PLAINS

Invoice No.: 1011709
Date       : 04/22/2008
**TOTAL DUE** :      554.50

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Exp. Date: _____    Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____    Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   ALL STAR REPORTERS, INC.
            90 Floral Parkway
            Floral Park, NY 11001

ALL STAR REPORTERS, INC.
90 Floral Parkway
Floral Park, NY 11001
(800) 329-9222   Fax (516) 328-2247

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1011780 | 04/30/2008 | 01-58155 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/08/2008 | WILBME | |

| CASE CAPTION |
|---|
| BARBOUR MASSEY GONZALEZ VS CITY OF WHITE |
| **TERMS** |
| Net 30 |

MICHAEL L. SPIEGEL, ESQ.
MICHAEL L. SPIEGEL, ESQ.
111 BROADWAY
SUITE 1305
NEW YORK, NY 10006

```
Original & two copies of the transcript of the ebt of :
    KEVIN CHRISTOPHER                            70 Pages           276.50
Original & two copies of the transcript of the ebt of :
    ANTHONY FARRELLY                             69 Pages           272.55
           REPORTER ATTENDANCE                                       60.00
           Shipping & Handling                                       14.95

                              TOTAL   DUE   >>>>                    624.00
```

TAX ID NO.: 113383260                                    (212) 587-8558   Fax (212) 571-7767

*Please detach bottom portion and return with payment.*

MICHAEL L. SPIEGEL, ESQ.
MICHAEL L. SPIEGEL, ESQ.
111 BROADWAY
SUITE 1305
NEW YORK, NY 10006

Job No.    : 01-58155
Case No.   :
BARBOUR MASSEY GONZALEZ VS CITY OF W
Invoice No.: 1011780
Date       : 04/30/2008
**TOTAL DUE** :    624.00

Remit To:   **ALL STAR REPORTERS, INC.**
            **90 Floral Parkway**
            **Floral Park, NY 11001**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Exp. Date: _____   Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____   Zip: _____ |
| Cardholder's Signature: _____ |

ALL STAR REPORTERS, INC.
90 Floral Parkway
Floral Park, NY 11001
(800) 329-9222   Fax (516) 328-2247

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 1011773 | 04/30/2008 | 01-58162 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/09/2008 | KOUMAL | |

| CASE CAPTION |
|---|
| DEJA BARBOUR VS. THE CITY OF WHITE PLAINS |

| TERMS |
|---|
| Net 30 |

MICHAEL L. SPIEGEL, ESQ.
MICHAEL L. SPIEGEL, ESQ.
111 BROADWAY
SUITE 1305
NEW YORK, NY 10006

```
Original & two copies of the transcript of the ebt of :
   ANTONIO NOLLETTI                   46 Pages              181.70

Original & two copies of the transcript of the ebt of :
   MARK BURNETT                       38 Pages              150.10

Original & two copies of the transcript of the ebt of :
   LAVALLE LARRIER                    39 Pages              154.05
         Appearance (2 Sessions)                             60.00
         Shipping & Handling                                 14.95
                                                          ---------
                              TOTAL   DUE   >>>>            560.80
```

TAX ID NO.: 113383260                             (212) 587-8558   Fax (212) 571-7767

*Please detach bottom portion and return with payment.*

MICHAEL L. SPIEGEL, ESQ.
MICHAEL L. SPIEGEL, ESQ.
111 BROADWAY
SUITE 1305
NEW YORK, NY 10006

Job No.     : 01-58162
Case No.    :
DEJA BARBOUR VS. THE CITY OF WHITE P

Invoice No.: 1011773
Date        : 04/30/2008
**TOTAL DUE** : 560.80

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Exp. Date: _____   Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____   Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   ALL STAR REPORTERS, INC.
            90 Floral Parkway
            Floral Park, NY 11001

| ORIGINAL-WHITE | DUPLICATE-YELLOW | TRIPLICATE-PINK |
|---|---|---|

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

E 611759

RECEIVED FROM _Michael L. Spiegel_ at _07-civ-3014 (SCR)_

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
INVOICE #74683
DATE\TIME: 4/16/2007 11:04:14 AM
CASHIER: SAYRA #3
STATION: 01
=============================================
1   COMPLAINT 4/06                     $350.00
    086900    $60.
    510000    $190.00
    086400    $100.00
=============================================
GRAND TOTAL                            $350.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK: 

| DATE: 20 | Cash | Check | M.O. | Credit |
|---|---|---|---|---|